# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 15, 2021

*By the Court:*

| No. 20-3157 | PODIATRY IN MOTION, INC., on behalf of Plaintiff and the class members defined herein,<br>Plaintiff - Appellant<br><br>v.<br><br>INTERVIEWING SERVICE OF AMERICAN, LLC and JOHN DOES,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-03159<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman ||

Upon consideration of the **AGREED MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on March 12, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)